IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL TAYLOR,

    Plaintiff,

v.                                                          CV 15-642 WPL/LAM

ANTHONY ROBINSON and
JORDAN BURD,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

On November 10, 2015, I entered an Order to Show Cause (Doc. 8), requiring Plaintiff to move the case forward with respect to Defendant Robinson or show good cause why he has not done so no later than December 10, 2015. Taylor responded to the Order on December 3, 2015. (Doc. 9.) It now appearing that Taylor has shown good cause for the delay with respect to Robinson, the Order to Show Cause is quashed.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge