IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL TAYLOR,

    Plaintiff,

v.                              No. CIV-15-0642 JAP/LAM

ANTHONY ROBINSON and JORDAN BURD,

    Defendants.

## ORDER FOR EXPEDITED BRIEFING

**THIS MATTER** is before the Court on Plaintiff's *Opposed [Third] Motion to Extend Case Deadlines by 30 Days (Doc. 48)*, filed October 3, 2016. In the motion, Plaintiff asks for a thirty-day extension of the discovery, discovery motions, and pre-trial motions deadlines in this case. See [*Doc. 48* at 5]. Despite Plaintiff's statement in her motion that there is no trial date set in this case (*id.* at 4), there is a trial set in this case for February 6, 2017. See [*Doc. 27*], entered February 10, 2016, setting a pretrial conference on December 8, 2016, a call of the calendar on January 26, 2017, and jury selection and trial on a trailing calendar beginning on February 6, 2017. Because any further extensions of the deadlines in this case may affect this trial setting, the Court will order expedited briefing on Plaintiff's motion.

**IT IS THEREFORE ORDERED** that Defendants shall file a response to Plaintiff's motion **no later than noon tomorrow, October 5, 2016**. Plaintiff may file a reply to his motion **no later than 5:00 p.m. tomorrow, October 5, 2016**.

    **IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**